**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,         )<br>                        )<br>        Plaintiff,     )<br>                        )<br>vs.                     )<br>                        )<br>Monica Ann Kisto,       )<br>                        )<br>        Defendant.      )<br>_____ ) | No. CR 05-0706-PHX-DKD<br><br>**ORDER** |

Upon motion of the defendant to extend time to self-surrender and good cause appearing:

**IT IS HEREBY ORDERED GRANTING** defendant's Motion to Extend time to Self-Surrender.

**IT IS FURTHER ORDERED** that the defendant self-surrender by 2:00 p.m. on November 7, 2005 to a facility designated by the Bureau of Prisons or to the United States Marshal Office for the District of Arizona.

No excludable delay under Title 18 U.S.C. § 3161(h) will result from entry of this order.

DATED this 28th day of October, 2005.

_____
David K. Duncan
United States Magistrate Judge